UNITED STATES of America, Plaintiff—Appellee,

v.

**Rodney Thomas BUCHANAN, Defendant—Appellant.**

No. 00–50139.

D.C. No. CR–99–00651–ABC–01.

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002.*

Decided March 18, 2002.

Before CANBY, BEEZER, and PAEZ, Circuit Judges.

### MEMORANDUM **

Rodney Thomas Buchanan appeals from his guilty plea conviction and sentence for

---

* Jo Anne B. Barnhart is substituted for her predecessor, Kenneth Apfel, as Commissioner of the Social Security Administration pursuant to Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

bank robbery, in violation of 18 U.S.C. § 2113(a). Buchanan's counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating there are no arguable issues for review and seeking to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**